In re:             Case No. 22-01530-MCF
NARED AWILDA PIZARRO VELEZ      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3      User: admin      Page 1 of 2
Date Rcvd: Jul 01, 2022      Form ID: pdf001      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NARED AWILDA PIZARRO VELEZ, PO BOX 9838, CAROLINA, PR 00988-9838 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Jul 01 2022 18:52:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jul 01 2022 18:52:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Jul 01 2022 18:51:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jul 01 2022 18:51:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 5006585 | ^ | MEBN | Jul 01 2022 18:52:34 | AAA, PO Box 70101, San Juan, PR 00936-8101 |
| 5006586 | | Email/Text: hildaris.burgos@popular.com | Jul 01 2022 18:51:00 | BPPR, Bankruptcy, PO Box 362708, San Juan, PR 00936-2708 |
| 5006587 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2022 19:02:46 | Capital One, Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5006588 | + | Email/Text: mediamanagers@clientservices.com | Jul 01 2022 18:51:00 | Client Services Inc., 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5006589 | | Email/Text: notificacionesquiebras@dtop.pr.gov | Jul 01 2022 18:51:00 | DTOP, Div Motor Vehicles, PO Box 41269, San Juan, PR 00940-1269 |
| 5006590 | | Email/Text: bankruptcy@hacienda.pr.gov | Jul 01 2022 18:52:00 | ELA Dept of Treasury, Bankruptcy Div #4248, PO Box 9024140, San Juan, PR 00902-4140 |
| 5010485 | | Email/Text: fblegalcounseling@firstbankpr.com | Jul 01 2022 18:51:00 | FIRSTBANK, CONSUMER SERVICE CENTER, BANKRUPTCY DIVISION -(CODE 248), PO BOX 9146, SAN JUAN PR 00908-0146 |
| 5006591 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2022 18:51:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5006592 | | Email/Text: quiebras@lumapr.com | Jul 01 2022 18:51:00 | LUMA, PO Box 363508, San Juan, PR 00936-3508 |
| 5006593 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2022 18:51:00 | MIDLAND CREDIT MGMT, PO Box 301030, Los Angeles, CA 90030-1030 |
| 5006785 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 19:02:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | |
|---|---|---|---|
| 5006594 | Email/PDF: gecsedi@recoverycorp.com | Jul 01 2022 19:02:33 | Synchrony Bank/TJX, Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 03, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYSSETTE A MORALES VIDAL | on behalf of Debtor NARED AWILDA PIZARRO VELEZ lamoraleslawoffice@gmail.com irma.lamorales@gmail.com;LYSSETTEMORALESLAWOFFICE@jubileebk.net |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| WIGBERTO LUGO MENDER | trustee@lugomender.com  wlugo@ecf.axosfs.com |

TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| **PIZARRO VELEZ, NARED AWILDA** | CASE NUMBER: **22-01530-MCF** |
| DEBTOR(S) | (Chapter 7)<br>NO ASSET CASE |

## NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| 2011 Scion Mileage: 100,000 Hpb 620 | $4,309.00 | 0.00 | 4,309.00 | 0.00 |
| Bppr Acct #6299 | $3.02 | 0.00 | 0.00 | 0.00 |
| First Bank Acct #2981 | $133.02 | 0.00 | 0.00 | 0.00 |
| T Rowe Price Retirement 2050 Adv Evertec Group, Llc [Qualified Qdia] | $9,820.92 | 0.00 | 9,820.92 | 0.00 |
| 2022 | 2022 Estimated Tax Refund | $310.00 | 0.00 | 310.00 | 0.00 |
| Basic Life Insurance Policy Chubbs Accidental Death Unmatured | $79,000.00 | 0.00 | 79,000.00 | 0.00 |
| Popular Ins & Chubb Critical Protect In Event Of Onset Of Several Protected Medical Conditions, Ej Cancer, Heart Attack, Ms, Etc. Unmatured | $40,000.00 | 0.00 | 40,000.00 | 0.00 |
| Popular Insurance Plan Hospital Income Plus Payback Unmatured | $0.00 | 0.00 | 0.00 | 0.00 |
| Long Term Disability Plan Unmatured | $19,718.00 | 0.00 | 19,718.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

**NOTICE TO ALL PARTIES:** within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

RESPECTFULLY SUBMITTED.

Date: June 30, 2022                  s/ Wigberto Lugo-Mender
Wigberto Lugo-Mender
100 CARR 165 STE 501
Guaynabo, PR 00968-8052
Tel. (787) 707-0404
Fax. (787) 707-0412